IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAMERON WOOD**                                                                              **PLAINTIFF**

**v.**                                     **Case No. 1:19-cv-00081 KGB**

**ARKANSAS DIVISION
OF CORRECTION**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 21st day of September, 2023.

_____
Kristine G. Baker
United States District Judge